# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, NORTHERN DISIVION

| | |
|---|---|
| KIMBERLY D., <br><br>                Plaintiff, <br><br>vs. <br><br>KILOLO KIJAKAZI, <br>  Acting Commissioner of Social Security, <br><br>                Defendant. | Case No. 1:20-cv-00106-CMR <br><br>**ORDER GRANTING EXTENSION OF TIME** <br><br>Magistrate Judge Cecilia Romero |

Based upon Defendant's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Opening Brief (Motion) (ECF 25), and good cause appearing, the court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that the Defendant has up to and including August 27, 2021, to file a response brief or otherwise respond to Plaintiff's opening brief. The date by which Plaintiff may file a reply brief, if any, is extended by fourteen (14) days, or until September 10, 2021.

DATED this 29 July 2021.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah